IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 DEC 30  AM 8: 51

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

CIVIL ACTION NO. 03-cv-00874-MSK-PAC

Randall Clark,

          Petitioner,

vs.

State of Colorado, et al.,

          Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 30th day of December, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

**Re:** 03-CV-00874-MSK-PAC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an

order returning State Court Record signed by Judge Krieger, was mailed

to the following on ___December 30, 2008_____.

**Arapahoe District Court**
**7305 South Potomac Street, Suite # 300**
**Centennial, Colorado 80112**

By:_____
Joe O'Hara
Deputy Clerk